IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD

IN RE: PROCEDURES IN )
CRIMINAL MATTERS ) Standing Order # 22-mc-3003
)

Effective May 3, 2022, the following matters are referred to United States Magistrate Judge Karen McNaught in any and all criminal cases now pending or later filed in the Springfield Division of the Central District of Illinois:

1) All initial pretrial conferences;

2) All guilty pleas;

3) All motions to suppress and any evidentiary hearings held pertaining to same;

4) The issuance of all summons or arrest warrants or petitions for action on supervised release;

5) All jury impanelments with the consent of the parties; and,

6) All waiver of indictments.

Judge McNaught to prepare and file reports and recommendations as appropriate for these matters. No case specific referrals are required. This Order replaces and supersedes Standing Order # S-14-06 and Standing Order # 15-mc-3002

ENTER:   May 2,  2022

s/Sue E. Myerscough
UNITED STATES DISTRICT JUDGE